## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1486    Assigned/Issued By: J. N.

Judge Name: HART    Designated Magistrate Judge: BROWN

---

### FEE INFORMATION

Amount Due:  ☑ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____
             ☐ $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350    Receipt #: 2608710

Date Payment Rec'd: 3-12-08    Fiscal Clerk: J. N.

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____                    _____
   *(Type of Writ)*                    *(Type of issuance)*

1 Original and 0 copies on 3-12-08 as to DEFENDANT
                        *(Date)*