# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1486 | **DATE** | 6/18/2008 |
| **CASE TITLE** | Cement Masons Pension Fund Local 502, et al. V. King's Point General Cement, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. This case is dismissed with prejudice.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | CW |
|---|---|---|